AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| Wilus Institute of Standards and Technology Inc. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-00753-JRG-RSP |
| Askey Computer Corp., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.

Date: 09/13/2024

/s/ Neil A. Rubin
*Attorney's signature*

Neil A. Rubin, CA SBN 250761
*Printed name and bar number*

Russ August & Kabat
12424 Wilshire Blvd, 12th Floor
Los Angeles, CA 90024
*Address*

nrubin@raklaw.com
*E-mail address*

(310) 826-7474
*Telephone number*

*FAX number*