AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| Wilus Institute of Standards and Technology Inc. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-cv-00753-JRG-RSP |
| Askey Computer Corp., et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Wilus Institute of Standards and Technology Inc.                              .

Date:   09/13/2024                                   /s/ Reza Mirzaie
                                                    *Attorney's signature*

                                                    Reza Mirzaie, CA SBN 246953
                                                    *Printed name and bar number*

                                                    Russ August & Kabat
                                                    12424 Wilshire Blvd, 12th Floor
                                                    Los Angeles, CA 90024
                                                    *Address*

                                                    rmirzaie@raklaw.com
                                                    *E-mail address*

                                                    (310) 826-7474
                                                    *Telephone number*

                                                    
                                                    *FAX number*

Print     Save As...                                                                    Reset