| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Marc A. Fenster (SBN 181067)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>  *Telephone No:*  310-826-7474<br><br>  *Attorney For:*  Plaintiff     *Ref. No. or File No.:*<br>4956-002C | *For Court Use Only* |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS MARSHALL DIVISION

*Plaintiff:*  Wilus Institute of Standards and Technology Inc.,
*Defendant:*  Askey Computer Corp., et al.,

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:24-cv-00753-JRG-RSP |
|---|---|---|---|---|

1.  *At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet

3.  *a.*   *Party served:*       Askey International Corp.
    *b.*   *Person served:*     YU CHANG CHEN, Agent for Service of Process
                                 *served under F.R.C.P. Rule 4.*

4.  *Address where the party was served:*    4017 Clipper Court, Fremont, CA 94538

5.  *I served the party:*
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive
    process for the party (1) on: Mon, Sep 30 2024 (2) at: 12:30 PM

6. *Person Who Served Papers:*
    a. Edgar Mendez (2023-0001328, San Francisco)            d. *The Fee* for Service was:  $1088.18
    **b. FIRST LEGAL**
       1517 W. Beverly Blvd.
       LOS ANGELES, CA 90026
    c. (213) 250-1111

7.  *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

| | |
|---|---|
| 10/01/2024 | |
| *(Date)* | *(Signature)* |



PROOF OF
SERVICE

*11820644*
*(5889447)*