## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| Wilus Institute of Standards and Technology Inc., <br><br> *Plaintiff*, <br><br> vs. <br><br> Askey Computer Corp., <br> Askey International Corp., <br><br> *Defendants*. | CASE NO. 2:24-cv-00753-JRG-RSP <br><br><br> **JURY DEMANDED** |

## UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
## ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP.
## TO RESPOND TO COMPLAINT

Plaintiff Wilus Institute of Standards and Technology Inc.'s ("Wilus" or "Plaintiff") respectfully moves for an extension of time for Askey Computer Corp. and Askey International Corp. (collectively "Askey") to answer or otherwise respond to Wilus's Complaint. In support of this Motion, Wilus states as follows:

1. Wilus filed its Complaint on September 13, 2024. (Dkt. No. 1).

2. Counsel for Wilus and counsel for Askey, Ming-Tao Yang, from Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, have agreed that in exchange for Askey Computer Corp. and Askey International Corp. waiving official service of process under Rule 4(d) of the Federal Rules of Civil Procedure, Wilus shall agree to an extension for each and every named Askey entity to respond to Wilus's Complaint no later than December 30, 2024. Askey Computer Corp. and Askey International Corp. have agreed to such a waiver and Wilus has agreed to such an extension with the approval of the Court.

- 2 -

3. Wilus and Askey are in agreement that the response date for all Askey defendants should be aligned, and counsel for Askey has advised that they do not oppose this Motion.

4. Wilus and Askey believe there is good cause for an extension.

Accordingly, Wilus respectfully requests that Askey Computer Corp. and Askey International Corp. have until **December 30, 2024** to answer or otherwise respond to Wilus's Complaint.

Dated: October 7, 2024

By: */s/ Marc A. Fenster*

Marc A. Fenster
CA State Bar No. 181067
Email: mfenster@raklaw.com
Reza Mirzaie
CA State Bar No. 246953
Email: rmirzaie@raklaw.com
Dale Chang
CA State Bar No. 248657
Email: dchang@raklaw.com
Neil A. Rubin
CA State Bar No. 250761
Email: nrubin@raklaw.com
Jacob Buczko
CA State Bar No. 269408
Email: jbuczko@raklaw.com
Jonathan Ma
CA State Bar No. 312773
Email: jma@raklaw.com
RUSS AUGUST & KABAT
12424 Wilshire Blvd. 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474

***Attorneys for Plaintiff Wilus Institute of Standards and Technology Inc.***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, a copy of the foregoing was filed with the Court using CM/ECF.  On this date, copies of the foregoing have been emailed to Ming-Tao Yang, counsel of Askey at ming.yang@finnegan.com, who has agreed to accept service by email on behalf of Askey.

*/s/Marc A. Fenster*

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing the Unopposed Motion for Extension of Time.

*/s/ Marc A. Fenster*