## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| Wilus Institute of Standards and Technology Inc., <br><br> *Plaintiff*, <br><br> vs. <br><br> Askey Computer Corp., <br> Askey International Corp., <br><br> *Defendants*. | CASE NO. 2:24-cv-00753-JRG-RSP <br><br><br> **JURY DEMANDED** |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP. TO RESPOND TO COMPLAINT

Before the Court is Plaintiff Wilus Institute of Standards and Technology Inc.'s ("Wilus" or "Plaintiff") unopposed motion for an extension of time for Askey Computer Corp. and Askey International Corp. (collectively "Askey") to answer or otherwise respond to Wilus's Complaint.

After careful consideration of the motion and the record in this case, Plaintiff's unopposed motion is **GRANTED**. Askey Computer Corp. and Askey International Corp. have waived official service of process under Rule 4(d) of the Federal Rules of Civil Procedure and shall respond to the Complaint on December 30, 2024.

**SO ORDERED:**