**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-CV-00753-JRG-RSP |
| ASKEY COMPUTER CORP., ASKEY INTERNATIONAL CORP., | § § § § | |
| *Defendants*. | § § | |

**ORDER**

Before the Court is Plaintiff Wilus Institute of Standards and Technology Inc.'s Unopposed

Motion for an Extension of Time for Defendants Askey Computer Corp. and Askey International

Corp. to answer or otherwise respond to Wilus's Complaint. **Dkt. No. 12.** Having considered the

Motion, and noting its unopposed nature, the Motion is **GRANTED.** It is

**ORDERED** that Askey's deadline to answer or otherwise respond is December 30, 2024.

**SIGNED this 10th day of October, 2024.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE