IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| WILUS INSTITUTE OF STANDARDS AND TECHNOLOGY INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:24-cv-00753-JRG-RSP |
| ASKEY COMPUTER CORP. AND ASKEY INTERNATIONAL CORP., | § § § § | JURY TRIAL REQUESTED |
| Defendants. | § | |

## NOTICE OF APPEARANCE OF ANDREA L. FAIR

COMES NOW Plaintiff, Wilus Institute of Standards and Technology Inc., and hereby notifies the Court and all parties of record that, in addition to the attorneys already representing it, Andrea L. Fair, State Bar Number 24078488, of Miller Fair Henry, PLLC, 1507 Bill Owens Parkway, Longview, Texas, 75604, (903) 757-6400, will be appearing as an attorney of record on its behalf in the above-styled and numbered cause.

Respectfully submitted,

/s/ *Andrea L. Fair*
Dale Chang
Jacob Buczko
Jonathan Ma
Reza Mirzaie
Marc A Fenster
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310-826-7474
Email: dchang@raklaw.com
Email: jbuczko@raklaw.com
Email: jma@raklaw.com
Email: rmirzaie@raklaw.com

Email: mafenster@raklaw.com

Of Counsel:

Andrea L. Fair
State Bar No. 24078488
MILLER FAIR HENRY, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
(903) 757-6400 (telephone)
(903) 757-2323 (facsimile)
E-mail: andrea@millerfairhenry.com

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 22nd day of October, 2024.

/s/ *Andrea L. Fair*
Andrea L. Fair